**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO. 21-169** |
| **v.** | * | **SECTION: G** |
| **DANIELLE PRESTRIDGE** | * | |

* * *

# FACTUAL BASIS

The defendant, **DANIELLE PRESTRIDGE** (hereinafter **"PRESTRIDGE"**) has agreed to plead guilty as charged to the Indictment currently pending against her. **PRESTRIDGE** is charged with violating Title 18, United States Code, Sections 922(g)(1) and 924(a)(2), felon in possession of a firearm.

Should this matter have proceeded to trial, the United States would have proven the following facts beyond a reasonable doubt, through credible testimony and reliable evidence. The facts outlined herein occurred within the jurisdiction of the Eastern District of Louisiana.

On August 18, 2021, law enforcement officers conduced a search warrant at **PRESTRIDGE's** residence located at 1444 Japonica Street, Apartment F, New Orleans, Louisiana. Investigators collected two (2) firearms: a Remington shotgun, model 870 Wingmaster, bearing serial number 202897V, and a Ruger revolver, model GP100, .357 magnum, bearing serial number 170-67335, along with multiple rounds of ammunition. Both firearms were manufactured outside of the State of Louisiana and therefore travelled in and affected interstate commerce.



AUSA ____
Defendant ____
Defense Counsel ____

After her arrest, **PRESTRIDGE** signed an "Advice of Rights" form acknowledging her constitutional right to not make a statement and waiving that right. **PRESTRIDGE** admitted that she lived in the Japonica Street residence with James Van Cleave for approximately the last year and a half. **PRESTRIDGE** admitted that she and Van Cleave possessed the two firearms found in the residence. She stated she possessed them for protection because they lived in a dangerous neighborhood. **PRESTRIDGE** was aware that she could not possess firearms due to her prior felony conviction.

Additionally, through the introduction of documentation and witness testimony, the government would have established that **PRESTRIDGE** has a prior conviction in Orleans Parish Criminal District Court under Case Number 543-984 "E" for possession of cocaine, a violation of LA-R.S. 40:967(C)(1). **PRESTRIDGE,** knowing that she had been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly and intentionally possessed the aforementioned firearms listed in Count 1. The firearms were examined by an agent for the Bureau of Alcohol, Tobacco, Firearms and Explosives and were determined to have been shipped and transported in interstate commerce prior to being possessed by **PRESTRIDGE**.

## LIMITED NATURE OF FACTUAL BASIS

This proffer of evidence is not intended to constitute a complete statement of all facts, but rather is a minimum statement of facts intended to prove the necessary factual predicate for the guilty plea. The purpose of this factual basis is to demonstrate that there exists a sufficient legal



AUSA ___
Defendant ___
Defense Counsel ___

and factual basis for **PRESTRIDGE's** plea of guilty to the charged offense in Count 1 of the Indictment and to stipulate that all acts took place within the Eastern District of Louisiana.

READ AND APPROVED:

| | |
|---|---|
| DANIELLE PRESTRIDGE<br>Defendant | 7/21/22<br>Date |
| VALERIE WELZ JUSSELIN<br>Assistant Federal Public Defender | 7-21-2022<br>Date |
| GREGORY M. KENNEDY<br>Assistant United States Attorney | 7-20-22<br>Date |